UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTIBLES MANAGEMENT RESOURCES, INC., AMERICAN AMBULANCE BILLING, LP, ADVENTIST HEALTH CARE NETWORK, INC., AND SEQUOIA INSITUTE FOR SURGICAL SERVCIES, INC.<br><br>Defendants. | Case No.  1:24-cv-01547-KES-HBK<br><br>ORDER GRANTING CONSTRUED MOTION TO AMEND COMPLAINT AND SUBSTITUTE CORRECT NAME OF PARTY<br><br>(Doc. No. 26) |

Pending before the Court is Defendant, Hanford Community Hospital dba Adventist Health Hanford and Plaintiff Alfredo Esparza (collectively "the Parties") joint Stipulation to Substitute Correct Name of Defendant filed March 7, 2025.  (Doc. No. 26).

On December 17, 2024, Plaintiff this action naming, *inter alia*, Adventist Health Care Network, Inc. as a defendant.  (Doc. No. 1 at 1-2).  The Parties acknowledge that the Defendant Adventist Health Care Network, Inc. is not the correct name of the Defendant sued herein.  (Doc. No. 26 at 1).  Thus, the Parties agree the correct named defendant, Defendant, "Hanford Community Hospital dba Adventist Hanford," should be  substituted in place of "Adventist Health Care Network, Inc" throughout all portions of the Plaintiffs' Complaint  (*Id*. 1-2).

Additionally, the Parties request that all future filing and the case caption be amended to substitute "Hanford Community Hospital dba Adventist Health Hanford" in place of "Adventist Health Care Network, Inc."

Given that Defendant Hanford Community Hospital dba Adventist Health Hanford consents to the amendment changing the name of the party, the Court construes the Joint Stipulation as a motion brought under pursuant to Federal Rule of Civil Procedure 15(a)(2) and 15(c)(1)(C).  (*Id*. at 2).[1]

Accordingly, it is **ORDERED**:

1. The Joint Stipulation (Doc. No. 26), construed as a motion under Fed. R. Civ. P. 15(a)(2) and 15(c)(1)(C), is GRANTED.

2. Defendant, Hanford Community Hospital dba Adventist Hanford should be substituted in place of Adventist Health Care Network, Inc. throughout all portions of the Plaintiffs' Complaint.

3. The Clerk of Court shall correct the docket to reflect that Hanford Community Hospital dba Adventist Health Hanford" is substituted in place of Adventist Health Care Network, Inc.

Dated:    March 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] A party's consent does not eliminate Plaintiff's right to file an amended complaint under Fed. R. Civ. P. 15(a)(1). *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (holding a "[p]laintiff's 15(a)(2) amendment, filed first in time, cannot be construed as a waiver or exhaustion of his automatic right to amend under 15(a)(1), so long as that amendment was timely." *See also T.T. v. Cnty. of San Diego*, No. 319-CV-00407-AJB-AGS, 2020 WL 516146, at *3 (S.D. Cal. Jan. 31, 2020).

2